**Kevin LAWLOR, Plaintiff–Appellant,**

v.

**NIKE, INC. and Nike Retail Services, Inc., Defendants–Appellees.**

No. 05–1544.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2006.

Before NEWMAN, RADER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

**In re Herman M. MATHIAS.**

No. 06–1103.

United States Court of Appeals, Federal Circuit.

Aug. 17, 2006.

Before NEWMAN, MAYER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36